# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

162406-7

ISHA SIMPSON and RICHARD BOYD,
      Plaintiffs-Appellants,

v

AMERIPRISE INSURANCE COMPANY,
APRIL BRIGHTWELL, RONDREA GLASS,
and JOHN DOE,
      Defendants,

and

IDS PROPERTY CASUALTY INSURANCE
COMPANY,
      Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162406, 162407
COA: 348279, 348977
Wayne CC: 17-010369-NF

On order of the Court, the application for leave to appeal the November 12, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021

b0519

Clerk